UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY E. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-cv-4054-JPG |
| | ) |
| ATG CREDIT, LLC and JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**GILBERT, District Judge**

The Court having received Plaintiff's Motion For Voluntary Dismissal (Doc. No. 4) indicating that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice, without costs.

**IT IS SO ORDERED.**

Dated: November 6, 2006

                                            s/ J. Phil Gilbert
                                            **U. S. District Judge**