UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY E. JONES,** | ) |
| Plaintiff, | ) |
| | ) Case No. 06-cv-4054-JPG |
| vs. | ) |
| **ATG CREDIT, LLC and JOHN DOE,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, U. S. District Judge:**

The Court having received Plaintiff's Motion For Voluntary Dismissal indicating that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   November 6, 2006

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans
Deputy Clerk


**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**